# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** ___II___  **Investigating Agency** ___FBI___

**City** ___Boston___
**County** ___Suffolk___

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant ___X___
Magistrate Judge Case Number _____
Search Warrant Case Number  24-mj-6950, -6951-MPK
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____    ☐ Yes    ☐ No

## Defendant Information:

**Defendant Name**  Gus Braggs    **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No

**Alias Name:** _____
**Address:** 94 Crawford St, Dorchester, MA
**Birth date (Yr only):** 1997    **SSN (last 4#):** -1220    **Sex:** M    **Race** _____    **Nationality:** _____

**Defense Counsel if known:** _____    **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information

**AUSA:** John T. Dawley, Jr.    **Bar Number if applicable:** 683662

**Interpreter:** ☐ Yes  ☑ No    **List language and/or dialect:** _____

**Victims:** ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint    ☐ Information    ☐ Indictment
**Total # of Counts:**   ☐ Petty ____    ☐ Misdemeanor ____    ☐ Felony ____

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/15/2025    **Signature of AUSA:** /s/ John T. Dawley, Jr.

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**            Gus Braggs

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. §841(a)(1) | possession of cocaine with intent to distribute | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**